IN THE UNITED STATES DISTRICT COURT    **SEALED**

DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NATHAN CLARK WARD,<br><br>Defendant. | Case No.  1:17-CR-00060 DB<br><br><br>WRIT OF HABEAS CORPUS AD PROSEQUENDUM |

TO: THE UNITED STATES MARSHAL FOR THE DISTRICT OF UTAH, OR TO

ANY OTHER UNITED STATES MARSHAL, OR ANY AGENT WITH FEDERAL

BUREAU OF INVESTIGATION,  AND TO ANY AUTHORIZED OFFICER IN

WHOSE CUSTODY THE DEFENDANT MAY BE HELD:

G R E E T I N G S :

We command you that you bring the body of NATHAN CLARK WARD now being

confined in the Davis County Jail, under the authority of the state of Utah, before the Honorable

Judge Dustin B. Pead, presiding at Salt Lake City, Utah, on  September 15, 2017, at  3:00 p.m.,

of said day, and from day to day thereafter, for purposes of a status hearing in the said United

States District Court, and in the above-entitled and pending case; and for final disposition at a

later date; and hold the said defendant at all times in your custody as an agent of the United

States of America; that immediately after the conclusion of the proceedings and final disposition

of the above-entitled case in the United States District Court, you return the defendant to the

institution where the defendant was confined, under safe and secure conduct, and have you then

and there make a return upon this Writ.

       DATED this __14th__ day of September, 2017.

DUSTIN B. PEAD
United States Judge

I hereby certify that the annexed is a
true and correct copy of a document
or an electronic docket entry on file
at the United States District Court for
the District of Utah.

       D. MARK JONES, Clerk