JOHN W. HUBER, United States Attorney (#7226)
NATHAN D. LYON, Special Assistant United States Attorney (#10171)
Attorneys for the United States of America
185 South State Street, Suite 300
Salt Lake City, UT 84111
Telephone:  (801) 524-5682

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NATHAN CLARK WARD,<br><br>Defendant. | Case No.  1:17-CR-00060 DB<br><br>UNITED STATES' NOTIFICATION REGARDING EMAIL NOTIFICATION TO THE UNITED STATES ATTORNEY'S OFFICE VICTIM/WITNESS COORDINATOR<br><br>JUDGE:  DEE BENSON |

The United States hereby advises the Court that the United States Attorney's Office Victim/Witness Coordinator should be provided with e-mail notification of the matters occurring in the above-captioned case.

DATED this 18th day of September, 2017.

                                              JOHN W. HUBER
                                              United States Attorney

                                               */s/ Nathan D. Lyon*
                                              NATHAN D. LYON
                                              Special Assistant United States Attorney