AO 442

# United States District Court

SEALED

DISTRICT OF UTAH - NORTHERN DIVISION

UNITED STATES OF AMERICA

v.

Ward

**WARRANT FOR ARREST**

**CASE NUMBER: 1:17-CR-60 DB**

To: The United States Marshal
and any Authorized United States Officer

FILED
U.S. DISTRICT COURT
2017 SEP 18 A 9:25
DISTRICT OF UTAH
BY:_____
DEPUTY CLERK

*SEALED*

*ORIGINAL*

YOU ARE HEREBY COMMANDED to arrest **Nathan Clark Ward**
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

- [X] Indictment
- [ ] Superseding Indictment
- [ ] Information
- [ ] Superseding Information
- [ ] Complaint
- [ ] Order of court
- [ ] Violation Notice
- [ ] Probation Violation Petition
- [ ] Supervised Release Violation Petition

charging him or her with (brief description of offense)

**Production, Possession and Distribution of Child Pornography**

in violation of **18:2251(a), 18:2252A(a)(5) and 18:2252A(a)(2)** United States Code.

D. Mark Jones
Name of Issuing Officer

Julie Wunsch
Signature of Issuing Officer

By: /s/ Julie W.
    Deputy Clerk

Clerk of Court
Title of Issuing Officer

September 14, 2017 at Salt Lake City, Utah
Date and Location

*WARRANT*

Bail fixed _____ by _____
                                         Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 9/14/17 | Brandon Crane | Bell B Cue |
| DATE OF ARREST | Special Agent | |
| 9/15/17 | | |