**BRASS & CORDOVA**
**EDWARD K. BRASS (432)**
**KIM CORDOVA (9100)**
Attorneys for the Defendant
175 East 400 South, Suite 400
Salt Lake City, Utah 84111
Telephone: (801) 322-5678
Facsimile: (801) 322-5677

_____

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

_____

| | |
|---|---|
| **THE UNITED STATES OF AMERICA**, | **ORDER** |
| Plaintiff, | Case No. 1:17-cr-00060 |
| v. | Judge: Benson |
| **NATHAN WARD**, | |
| Defendant. | |

_____

The Court, having considered the defendant's motion and the stipulation of the parties, does hereby,

ORDER:

1.  The ends of justice are best served by a continuance of the trial date, and the ends of justice outweigh the interest of the public and the Defendant in a more speedy trial. Specifically, Dr. Ward's attorney needs additional time to prepare for trial in order to provide effective representation. He has had the benefit of discovery materials for only five weeks.

2.  The trial previously scheduled on November 20, 2017, is hereby stricken. Pursuant to 18 U.S.C. § 3161(h), the Court finds that the ends of justice served by such a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, the time between the date of this order and the new trial date set forth above is excluded from speedy trial computation for good cause.

3.  The jury trial is hereby reset for the 22nd day of January, 2018, at the hour of 8:30 a.m.

Dated this 20th day of November, 2017

BY THE COURT:

_____
Hon. DEE BENSON
United States District Court Judge

### ELECTRONIC FILING CERTIFICATE

I hereby certify that a true and correct copy of the foregoing Order was filed electronically and caused to be served by electronic notice to all parties listed below on this 15th day of November, 2017.

/s/ Maria J. Montoya

Mr. Nathan Lyon
Special Assistant United States Attorney
United States Attorney's Office