```
                 IN THE UNITED STATES DISTRICT COURT

             FOR THE DISTRICT OF UTAH, NORTHERN DIVISION



  UNITED STATES OF AMERICA,     )
                                )
         Plaintiff,             )
                                )
      vs.                       )
                                )
  NATHAN CLARK WARD,            )   Case No:  1:17-CR-060
                                )
         Defendant,             )
  _____  )
                                )
                                )




                   BEFORE THE HONORABLE DEE BENSON

                           July 20, 2018

                         SENTENCING HEARING




                           Reported by:
                   KELLY BROWN HICKEN, RPR, RMR
                          801-521-7238
```

```
 1                    APPEARANCES OF COUNSEL

 2

 3    FOR THE GOVERNMENT:            OFFICE OF DAVIS COUNTY

 4                                   ATTORNEY'S OFFICE

 5                                   BY:  NATHAN D. LYON

 6                                        Attorney at Law

 7                                   PO BOX 618

 8                                   FARMINGTON, UTAH  84025

 9

10

11    FOR THE DEFENDANT:             EDWARD K. BRASS

12                                   Attorney at Law

13                                   175 E 400 S STE 400

14                                   SALT LAKE CITY, UTAH 84111

15

16

17

18

19

20

21

22

23

24

25
```

```
                1              SALT LAKE CITY UTAH, FRIDAY, JULY 20, 2018
                2                            *   *   *   *   *
                3              THE COURT:  Good afternoon.  We'll go ahead in the
                4       United States of America vs. Nathan Clark Ward.  The case
  14:31:57      5       number is 17-CR-60.  And the defendant is present.  He's
                6       represented by Mr. Edward Brass.  The United States is
                7       represented here today by Mr. Nathan Lyon.  We're here for
                8       sentencing in this case.
                9              Mr. Brass, could I, please, first hear from you?
  14:32:20     10              MR. BRASS:  Your Honor, I have two people who would
               11       like to speak to you that are family members that would take
               12       less than five minutes, and I'd ask you to listen to them
               13       first.
               14              THE COURT:  Okay.  Sure.
  14:32:32     15              MR. BRASS:  The first one would be Barbara Ward.
               16              THE COURT:  Barbara Ward.  Okay.
               17              MR. BRASS:  Excuse me.  I've got it backwards.
               18       Debra.
               19              THE COURT:  Debra Ward?  And is this the
  14:32:39     20       defendant's mother?  I'm sorry.
               21              MR. BRASS:  The person that stood up was his
               22       mother.  You're absolutely right.
               23              THE COURT:  This is his sister.  Okay.  Yes.
               24       Please, if you would just say your name, and then I'd be happy
  14:32:49     25       to hear anything you would want to tell me.
```

                    MS. DEBRA WARD:  My name is Debra Ward.  I'm
Nathan's sister-in-law.  I've known Nathan since he was seven
years old.  Today we will hear about horrible acts Nathan is
responsible for with tragic consequences for many.  Our prayer
and hope are for healing for those who suffer.  We do not
excuse or condone any abuse or wrongdoing by Nathan.  I have
chosen to speak today to share why I believe in Nathan's
ability to eliminate these destructive behaviors in his life.
          There are three powerful reasons I have this hope.
First are two characteristics Nathan has demonstrated
throughout his life.  They are determination and resilience.
Before high school Nathan worked long, hard hours with his
father laying carpet.  When money was tight in high school
Nathan started his own business cleaning upholstery.  He
worked and paid his way through undergraduate college even as
he provided for his growing family.  He was a successful
hardworking student and was accepted into medical school.
          Nathan joined the Air Force and served honorably
for 19 years reaching the rank of Lieutenant Colonel.  In the
second area of his medical residency his first wife abandoned
him leaving him with four children ages two to eight.  With
help at times from his parents he was able to complete his
medical training, an OBGYN specialty, and care and raise for
his four children for 10 years as a single father.  He was an
outstanding OBGYN who was caring and beloved by his patients

4

```
 1    including my own daughter.
 2              Second and perhaps the most important is Nathan's
 3    own strong desire to change.  I read Nathan's letters during
 4    the past year and have witnessed his steps down the path of
 5    rehabilitation.  In addition to his own willingness and
 6    fortitude to do the hard work required to change his -- and to
 7    change and his innate determination and resilience, Nathan has
 8    a large supportive family including parents, children,
 9    siblings, nieces and nephews.
10              Nathan is loved by his family, and we are willing
11    and committed to stay with Nathan and see him through this
12    difficult journey of change and recovery.  Thank you, Your
13    Honor.
14              THE COURT:  Thank you.
15              And, Mr. Brass, who's next?
16              MR. BRASS:  Now his mother Barbara.
17              THE COURT:  Okay.
18              Mrs. Nelson -- or Mrs. Ward, I'm sorry.
19              MR. BRASS:  It is.
20              THE COURT:  Please come forward.  And if you'd give
21    us your name, and I'd be happy to hear anything you would like
22    to say.
23              MS. BARBARA WARD:  Yes.  I'm Barbara Ward.  Your
24    Honor, I'm Nathan's mother.  He did not ask me to speak.  I
25    chose to speak on my own this morning.
```

5

```
                1            I feel such sorry for the pain that his actions
                2   have caused.  I have prayed for everyone involved that they
                3   will be healed and comforted.  We cannot go back and change
                4   the past, but I am a woman of faith and I speak to that faith.
14:36:29        5   I know that through the atonement of Christ that repentance is
                6   a reality and change is possible.
                7            I witnessed a change in Nathan over these months,
                8   and I love our son and our grandchildren.  And I know it's
                9   right and necessary for him to serve the sentence of the
14:36:56       10   Court.  I would just ask that justice be combined with mercy
               11   and that Nathan in his later life be given time to spend with
               12   his children and grandchildren.  Thank you.
               13            THE COURT:  Thank you very much, Mrs. Ward.
               14            MR. BRASS:  Judge, I filed one objection with
14:37:28       15   respect to the presentence report.  And Ms. Hirata was kind
               16   enough to point out while it's correct on its face that it's a
               17   two-level difference instead of four because there's two
               18   levels between 12 and 16.  So that would be the only
               19   adjustment with respect to the presentence report.
14:37:46       20            THE COURT:  And I think she's at least adjusted the
               21   one I have in my hand.
               22            MR. BRASS:  Great.  You know, I don't have much to
               23   add to what already has been said and what's been said in
               24   writing.  Dr. Ward is a person who's a good person who's done
14:38:05       25   many good things for many good people, and he's a person who's
```

```
 1         also done terribly wrong to the young woman who is the subject
 2         of this action, and he knows it.  I would hope that the good
 3         that he's done in his life balances out the evil to this
 4         extent, that 15 years is an adequate time to serve in a
 5         federal prison, the mandatory minimum sentence in this case as
 6         opposed to the guideline sentence.  He will be almost 72 years
 7         old when he's released under those circumstances.  And it's
 8         going to be supervised release after that and possibly for a
 9         term for the rest of his life.
10                 He's also facing a state charge that's going to be
11         resolved on August 2nd that will clearly to some degree
12         complicate that situation, as well.  I mean, that will be
13         something he will have to deal with upon his release.
14                 So I would urge you to consider giving him the
15         minimum mandatory.  And when we talk about minimum being
16         15 years for a person who's 56 years old now, that's an
17         awfully long time.  The word minimum doesn't really do it
18         justice.
19                 THE COURT:  All right.  Thank you, Mr. Brass.
20                 Mr. Lyon?
21                 MR. LYON:  Your Honor, Kambria Ward is present, and
22         she as the mother of the victim and former spouse of the
23         defendant.  She would like to address the Court after which I
24         would like to address the Court.
25                 THE COURT:  All right.
```

```
            1              Ms. Ward, come forward, please, and I'd be happy to
            2     hear whatever you have to say.
            3              MS. Kambria WARD:  I am Kambria Ward.  And I've
            4     written this addressed to Nathan.  Is that okay if I -- I'll
14:40:02    5     speak to you, but just know that the words are for him.
            6              THE COURT:  Okay.
            7              MS. Kambria WARD:  I was faithful in every way to
            8     you.  You deceived me, and I am devastated.  I'm ashamed.  You
            9     used me into your facade to live a sick deviant life.  The
14:40:27   10     hurt, anger and trauma that you have caused cannot be
           11     measured.  It penetrates so deep into my soul at times I'm
           12     paralyzed.  You've not only hurt me but my family, your family
           13     and a community who trusted you.  You have broken me and taken
           14     what cannot ever be given back.  You've robbed my baby of her
14:40:51   15     innocence and virtue and left me in a world upside down.  Many
           16     nights I scream out wishing you were there to see what you've
           17     done.  I will be scarred forever.
           18              You took what I wanted most in this life, a husband
           19     and a family, and destroyed it.  You have left me without a
14:41:17   20     husband and our children fatherless.  You have taken what is
           21     most precious from my daughter and published your bastardly
           22     deeds to other equally sick people.
           23              There is no one to blame but yourself.  You had it
           24     all.  You had a wife who loved you, a family and a great
14:41:38   25     profession.  You gave it all up.  Yes, you chose this.  You
```

1  traded your family and freedom for prison walls and shackles.
2  A husband doesn't do what you've done to me.  Fathers don't do
3  what you've done to our children, and doctors don't do what
4  you've done to your patients.
5              For you to be able to come home every day as if it
6  was a normal day at the office is repulsive.  You hid behind a
7  career in which you took an oath to protect and help others,
8  and you used that trust and power to hurt and abuse.  You are
9  not only a liar but a filthy, disgusting man who created a
10 false world to cover up your true deviancy.
11             I was locking doors to protect us from intruders
12 when you were the one I should have been locking out.  It
13 allowed you to mastermind your devil's playground.  And you
14 continued to deceive me and hurt me.  I trusted you.
15             After learning from the authorities about your true
16 debauchery they have been the ones that have now protected me
17 and my children from you.  I will always be grateful they
18 didn't dismiss you because you were a supposed family man or a
19 doctor.  The damage you've already done will leave permanent
20 scars on many hearts that will never heal.  Your depravity
21 will affect many generations.  Many innocent people who would
22 have been scarred by you in the future will now never know
23 what would happened to them but for your arrest, thank
24 goodness.
25             When you were arrested you chose to only protect

9

1    yourself.  You tried to take everything from me.  That was
2    what I needed to learn and should have learned years ago.  You
3    were never there for me.  It was only about yourself.
4              I now see through your constant efforts to keep
5    your hero status with the children.  It was the same with your
6    patients.  The accolades justified you and your wickedness,
7    and you were able to feed your sick passions.  This is no
8    more.  There was no fulfilling your sexual appetite.
9              You've taken the best years of my life and left me
10   with shattered memories.  Every birthday, every holiday, every
11   anniversary will be stained by you.  Your example to my
12   children as a father is disgraceful.  You deserve to be
13   forgotten.  You had your chance to make a difference in their
14   lives.  You let them down, and you became everything that I
15   never wanted.
16             I am so angry at you.  You've destroyed my
17   relationship with your children and our grandchildren who I
18   love.  It will never be fixed.  You did this.
19             I stand here today with no regrets.  I know I have
20   done everything possible for you, for your children and for
21   our grandchildren.  I raised them, I loved them and I nurtured
22   them.  I do not blame God, but I do blame you for robbing me
23   of being a mother and a grandmother.  This is a consequence
24   for what you've done.  You've conspired with the devil and
25   agreed to go down with him further than I thought was humanly

10

1     possible.

2           You are where you need to be.  You have proven your

3     a danger to society.  There is not a harsh enough sentence to

4     pay the price for all you've destroyed.  Life cannot be

5     reversed.  You should be punished at the highest level because

6     of the position of trust you strategically placed yourself in

7     to have power and dominance over others.  You never deserve to

8     walk free.

9           I will be there for every hearing concerning a

10    possible release.  I will speak with assurance the necessity

11    to keep you locked up.  You have proven you are a sexual

12    predator of the worse kind and won't stop until you get what

13    you want.  A man with no conscience deserves the fair measures

14    to protect the innocent.

15          I will spend the rest of my life fighting to

16    survive and helping those within my reach who have been hurt

17    by you.  I hope some day to be an example to my children and

18    others that it's possible to rise from tragedy and that

19    terrible things happen to good people.  But you will not

20    define me.  Just as you have made your choices that have

21    imprisoned you I will make my choices to pick up the fragment

22    of a life that was supposed to be so different.  Thank you.

23          THE COURT:  All right.  Thank you.

24          Mr. Lyon?

25          MR. LYON:  Your Honor, just as a matter of

```
 1    housekeeping I'm assuming that the Court has received the
 2    victim statement by the victim KP?
 3              THE COURT:  Yes.
 4              MR. LYON:  And the Court's had a chance to consider
 5    that.  She is here.  She's been for all of the hearings but is
 6    choosing not to address the Court.  But I just wanted to make
 7    sure the Court has had a chance to consider her statement to
 8    the Court.
 9              I've spoken with Mr. Brass.  There is a restitution
10    request of $2,866.80.  It's my understanding that they have no
11    objection to that restitution request.
12              Your Honor, finally, this is an exceptionally sad
13    case.  On the one hand we have an individual who by all
14    accounts is a very well respected and loved doctor.  I happen
15    to have quite a few neighbors who indicated that he's their
16    physician or was their physician, and they frankly adored him.
17    But on the other hand, we have an individual who has
18    absolutely disseminated lives.  We've heard from Kambria
19    who -- and we also have the statement from Kassidy who -- I
20    mean, this is going to take years if they can ever be put back
21    together.  And there needs to be a punishment that is
22    commensurate with the crime that he committed and the level of
23    harm that he has committed.
24              We agree that the presentence report has been
25    calculated correctly, and we just ask the Court to impose the
```

12

```
 1              punishment that is appropriate.  We'll submit it.
 2                      THE COURT:  All right.  Thanks, Mr. Lyon.
 3                      And, Mr. Brass, anything to respond with?
 4                      MR. BRASS:  No.  Do you want to hear from Dr. Ward?
 5                      THE COURT:  Thank you.
 6                      Dr. Ward, if you'd like to say anything I'd be
 7              happy to hear it from you.
 8                      THE DEFENDANT:  Thank you for allowing me to speak.
 9              I would just like to take this moment to apologize to those
10              who I've directly hurt.  I know what I did was horribly wrong.
11              And I know that I have caused significant pain, heartache and
12              damage to them and also indirectly to other individuals in my
13              family.  I am truly sorry for the actions that I have done and
14              take full responsibility for them and accept whatever judgment
15              the Court desires to give me.  Thank you.
16                      THE COURT:  All right.  Thank you, Dr. Ward.
17                      The guidelines appear to the Court to be correctly
18              calculated.  An offense level of 37, a criminal history
19              category of one, yielding a recommended range of 210 months to
20              262 months.
21                      The Court sentences the defendant to a period to be
22              placed in the custody of the Federal Bureau of Prisons for
23              262 months.  That will be followed by supervised release for
24              the rest of his life.  There will be special conditions as
25              follows.  One, the defendant will cooperate with the Probation
```

```
 1     and Pretrial Services Computer and Internet Monitoring
 2     Program; two, the defendant will inform all parties who access
 3     approved computers or similar electronic devices that the
 4     devices are subject to search and monitoring; thirdly, the
 5     Court advises the defendant he must report any and all
 6     electronic communications service accounts used for user
 7     communications and so forth.
 8               I order that the presentence report may be released
 9     to the state Sex Offender Registration Agency if required for
10     purposes of sex offender registration.
11               The defendant while on supervised release will
12     participate in a sex offender treatment program as deemed
13     necessary by the probation office.  Hopefully there will be
14     similar treatment available in the prison system.
15               And the defendant will be restricted from contact
16     with individuals who are under 18 years of age without adult
17     supervision.
18               The defendant must abide by the following
19     occupational restrictions.  Any employment shall be approved
20     in advance by the probation office.  And the third party risks
21     are identified, the probation office will be authorized to
22     inform the employer of the defendant's supervision status.
23               While on supervised release, which is going to be a
24     long time from now, the defendant will not view, access or
25     possess sexually explicit materials in any format.  You will
```

1  also, Dr. Ward, submit to periodic polygraph testing as
2  directed by the probation office.
3          I've considered the defendant's financial resources
4  and other assets.  I'm not imposing a fine and find under the
5  circumstances the defendant does not have the ability to pay
6  one.  I am holding restitution open for 30 days, and I'd like
7  the US Attorney's Office and Mr. Brass to consult.
8          What I'd like to do, I know there is a $500,000
9  401k that apparently still belongs to the defendant.  And I'd
10 like to see if -- I'd like to order restitution to provide for
11 full college for the injured stepdaughter, the one who is the
12 primary victim.  That was a promise made by the defendant that
13 apparently isn't being kept.  I don't know if that's within my
14 authority.  I'd like it looked into.
15         I am ordering restitution in the amount of
16 $2,596.80, which has been agreed to by the parties, in
17 addition to the possibility of a requirement that the
18 defendant invade that or use that $500,000 401k to pay for the
19 stepdaughter's college.  And that would include fees, tuition,
20 books and housing.  I would like to have a figure about what
21 therapy his ex-wife and his other children reasonably
22 anticipate for the future.  That wasn't expressed in any way
23 to me.  And I'd like to give the parties 30 days to at least
24 look into it.  That's what I'd like to do if it complies with
25 the law.

```
           1              I'm requiring the defendant for the five counts of
           2     conviction to pay -- excuse me.  Pursuant to 18 USC 3014, I'm
           3     imposing a $5,000 assessment under the Justice For Victims of
           4     Trafficking Act.  For the one count of conviction I'm imposing
14:56:16   5     on the defendant a payment of $100 for a special assessment
           6     fee, which is statutorily required and is due immediately.
           7              And, Dr. Ward, you have 14 days to take an appeal
           8     in this case if you feel it is illegal.  I'm fully aware that
           9     this sentence is significantly longer than Mr. Francis'.  I
14:56:40  10     find many reasons to justify the longer sentence:  your
          11     position in the community; I find you to be by far the, I
          12     don't know what the right word is, ring leader, I suppose is
          13     the closest I can get, especially looking at the dialogue
          14     between you and Mr. France along the way.  His abuse of his
14:57:05  15     step children was awful.  Yours was at least five times that.
          16              I don't know how a person does what you do to your
          17     stepdaughter.  I don't.  It's beyond my ability to comprehend.
          18     You did it over a period of years, many years from when she
          19     was 12 years old til she was either 14 or 15 or even 16.  I
14:57:32  20     don't know.  And you told us here at the podium you take full
          21     responsibility for what you've done, and I don't believe that.
          22     I've never seen it.  All you've agreed with with me was that
          23     you produced some child pornography, which I suspect is the
          24     story you'll tell to your cellmates in the prison, that you
14:57:56  25     got 22 years from a federal judge because you took some photos
```

```
         1    of your stepdaughter that she was willing to let you take, or
         2    something along those lines.  I don't know what lie you'll
         3    tell.  You might have to to survive in prison.
         4           I don't know what falsehoods you've told your own
14:58:19 5    family.  It doesn't appear to me from everything I've read
         6    that you've come clean with them.  I doubt your family has
         7    seen the entirety of the text messages, just the text messages
         8    from you and Mr. Francis and the ugliness of them, not to
         9    mention the horrid behavior that you engaged in with your
14:58:43 10   stepdaughter.  I hope she can sometime recover from this and
        11    hopefully lead a happy and healthy life, and the same with
        12    your ex-wife who has a lot of bitterness, which is
        13    understandable.  If she can let go a little bit of it she
        14    probably will be better off.
14:59:06 15          It's a tragic case.  I don't know where you went
        16    wrong, went so horribly wrong.  This is one of the few
        17    cases -- I've been on the bench over 20 years.  This is one of
        18    the few cases where I seriously considered a life sentence.  I
        19    think you deserve one.  You've given the people you abused
14:59:29 20   life sentences, you, by your own being the person who decided
        21    what you could get away with with a minor child.  And the
        22    distribution to others just makes it so much worse.
        23           I don't know what the State's going to do.  And I
        24    appreciate -- and you have one of the finest lawyers in the
14:59:57 25   state.  And I know Mr. Lyon has agreed that 15 years here
```

17

1 might have been appropriate. I only know what I can do. The
2 high end of the guidelines is 262 months, and that's what I'm
3 doing because I can. I don't know what you'll do when you get
4 out of prison. If your past behavior is any indication of
5 what you'll do if you're released, then I think society is
6 better off not having you out. You appear to have a nice
7 family. Your mother appears to be a perfectly beautiful lady.
8 I don't know where it went haywire.
9     Did I mention he has 14 days to appeal?
10     MR. BRASS: You did. I would ask the Court to
11 recommend Englewood, Colorado, as a facility.
12     THE COURT: I will. I recommend Englewood,
13 Colorado, for family visitation.
14     MR. BRASS: Thank you.
15     MR. LYON: Your Honor, the government would move to
16 dismiss Counts 2 and 3.
17     THE COURT: That motion is granted. Anything else
18 from either side?
19     MR. LYON: Your Honor, I thought I heard you order
20 restitution in the amount of $2,596. That's actually -- we
21 have an updated figure.
22     THE COURT: Okay. I read from whatever I had here.
23 2,868.80. I don't know why we say where the recommendation is
24 that he has no ability to pay a fine. He has some money it
25 appears to me. I'd like you to look at what I asked you to

18

```
 1   look.  And we'll have that open for 30 days.
 2           MR. LYON:  Okay.
 3           THE COURT:  The Court's in recess.
 4       (Whereupon, the court proceedings were concluded.)
 5                    *   *   *   *   *
```
15:01:38 (at line 5)

```
 1   STATE OF UTAH          )
 2                          ) ss.
 3   COUNTY OF SALT LAKE    )
 4            I, KELLY BROWN HICKEN, do hereby certify that I am
 5   a certified court reporter for the State of Utah;
 6            That as such reporter, I attended the hearing of
 7   the foregoing matter on July 10, 2018, and thereat reported in
 8   Stenotype all of the testimony and proceedings had, and caused
 9   said notes to be transcribed into typewriting; and the
10   foregoing pages number from 3 through 19 constitute a full,
11   true and correct report of the same.
12            That I am not of kin to any of the parties and have
13   no interest in the outcome of the matter;
14            And hereby set my hand and seal, this ____ day of
15   _____ 2018.
16
17
18
19
20                        _____
                              KELLY BROWN HICKEN, CSR, RPR, RMR
21
22
23
24
25
```